UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at London)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Criminal Action No. 6:19-CR-002-CHB-HAI |
| ) | |
| v. ) | |
| ) | **ORDER ADOPTING** |
| MICHAEL BOWLING, ) | **RECOMMENDED DISPOSITION** |
| ) | |
| Defendant. ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is before the Court on Recommended Disposition from Magistrate Judge Hanly A. Ingram concerning reported violations of supervised release conditions by Defendant Michael Bowling [R. 10]. Magistrate Judge Ingram recommended: 1) Defendant Bowling be found Guilty of Violations #1, #3, #4, #5, and #6; 2) as requested by the United States, Violation #2 be dismissed; 3) Revocation with a term of imprisonment of 18 months, with no supervised release to follow; and 4) Housing at the BOP facility closest to Defendant's home. *Id.* at p. 8. Neither party objected to Magistrate Judge Ingram's Recommended Disposition, and the time to do so has now expired. *See id.* Defendant has filed a Notice of Filing and has attached a Waiver of Allocution. [R. 12; R. 12-1] In this filing, Defendant waived the right to appear before the District Judge to make a statement and present information in mitigation before issuance of a final decision. *Id.* Defendant also requested the Court to cancel the sentencing hearing set in this matter and to adopt the recommended sentence set forth by Judge Ingram. *Id.* (citing [R. 11]).

Upon review, the Court is satisfied that Defendant Michael Bowling knowingly and competently admitted the violations of supervised release conditions as set forth by the United

States, and that the United States proved these violations by a preponderance of the evidence. The Recommended Disposition announces a revocation of supervised release and a term of imprisonment that is sufficient, but not greater than necessary to comply with the purposes set forth in 18 U.S.C. 3553(a)(2). Further, given Defendant's statements regarding his intention to continue marijuana use following his term of imprisonment, the Court concurs with the Recommended Disposition that further supervised release would likely be a waste of resources. Therefore, and with the Court being otherwise sufficiently advised,

**IT IS HEREBY ORDERED** as follows:

1. Judge Ingram's Recommended Disposition [**R. 10**] is **ADOPTED** for the Opinion of this Court. The Court will enter a separate Judgment consistent with the recommendation.

2. The Court further **CANCELS** the sentencing hearing [**R. 11**] currently set for April 12, 2019, at the United States Courthouse in London.

This the 28th day of March, 2019.

*Claria Horn Boom*
CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF
KENTUCKY